

**BLANKROME**

1271 Avenue of the Americas | New York, NY 10020
blankrome.com

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/22/2021
```

*Phone:* *(212) 885-5266*
*Fax:* *(917) 332-3849*
*Email:* *cjiao@blankrome.com*

November 22, 2021

**BY ECF**
Hon. Robert W. Lehrburger, U.S.M.J.
United States District Court for the
Southern District of New York
500 Pearl Street
New York, NY 10007

Re:   *Nicholas A. Owoyemi v. Credit Corp Solutions Inc.*, **1:21-cv-08021-GHW-RWL**

Dear Judge Lehrburger:

We are counsel to Defendant Credit Corp Solutions Inc. dba Tasman Credit ("Defendant") in the above-referenced action. Pursuant to Rule I(F) of Your Honor's Individual Rules of Practice, Defendant writes to request an adjournment of the initial pretrial conference scheduled for November 29, 2021 at 11:00 am to a date after the Court decides Defendant's motion to dismiss, filed on November 22, 2021. Defendant respectfully submits that its motion to dismiss will resolve this matter without discovery.

Plaintiff does not consent to this request. The initial pretrial conference was adjourned once previously at Plaintiff's request. Defendant has not requested a previous adjournment of the conference date.

Respectfully submitted,

/s/ Chenxi Jiao
Chenxi Jiao

cc:   Nicholas A. Owoyemi, *Pro se*, by first-class mail and to nicholasowoyemi@yahoo.com

Request DENIED. Defendants' motion and its implications will be discussed at the conference, which is being held telephonically.

The Clerk's Office is respectfully directed to mail a copy of this Order to Plaintiff pro se and note service on the docket:

Nicholas A. Owoyemi
49 Walker Street
Staten Island, NY 10302

SO ORDERED:

11/22/2021

HON. ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

152154.01239/127544338v.1