```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
                                                           :
NICHOLAS A. OWOYEMI,                                       :
                                                           :
                              Plaintiff,                   :
                                                           :        1:21-cv-8021-GHW
              -against -                                   :
                                                           :
CREDIT CORP SOLUTIONS INC.,                                :              ORDER
                                                           :
                              Defendant.                   :
-----------------------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/21/2022

GREGORY H. WOODS, United States District Judge:

On March 31, 2022, the Court entered an order adopting the Report and Recommendation of Judge Lehrburger recommending the dismissal of all of the claims in this action. Dkt. No. 28. In its order, the Court permitted Plaintiff to amend the complaint to cure the deficiencies with respect to his claim under Section 1681s-2(b) of the Fair Credit Reporting Act. Any amendment was required to be filed no later than fourteen days after the date of the order. As of the time of this order, Plaintiff has not filed an amended complaint.

Accordingly, the Clerk of Court is directed to enter judgment for Defendant and to close this case.

SO ORDERED.

Dated:  April 21, 2022
New York, New York

_____
GREGORY H. WOODS
United States District Judge