```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
                                                           :
NICHOLAS A. OWOYEMI,                                       :
                                                           :
                               Plaintiff,                  :
                                                           :
                  -against -                               :
                                                           :
CREDIT CORP SOLUTIONS INC.,                                :
                                                           :
                               Defendant.                  :
-----------------------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/22/2022

1:21-cv-8021-GHW

ORDER

GREGORY H. WOODS, United States District Judge:

Yesterday, April 22, 2022, the Court entered an order directing the Clerk of Court to enter judgment in this case because the plaintiff had not timely amended his complaint. The Court has confirmed that the plaintiff did submit a complaint on April 14, 2022. The pro se office of the Court did not docket the amended complaint and did not inform the Court that a complaint in any format had been received.

The Court accepts that the plaintiff filed his amended complaint timely. The Court vacates its April 22, 2022 order directing the entry of judgment. Dkt. No. 29. The deadline for Defendant to answer or otherwise respond to the amended complaint is May 9, 2022

SO ORDERED.

Dated: April 22, 2022
New York, New York

_____
GREGORY H. WOODS
United States District Judge