UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------X

Nicholas A. Owoyemi,

                     Plaintiff,

        - against -

Credit Corp. Solutions Inc.

                     Defendants.

---------------------------------------------------------------X

21-cv-8021 (GHW) (RWL)

**ORDER**

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

      A settlement conference is hereby scheduled for **October 18, 2022, at 9:30 a.m.** before Magistrate Judge Robert W. Lehrburger. This conference will be conducted via Microsoft Teams. A link will be emailed to the parties one week prior to the conference. The parties are instructed to review and adhere to Judge Lehrburger's individual Settlement Conference Procedures. The parties are further instructed to submit their pre-conference submissions, along with their Attendance Acknowledgment Form (available in pdf fillable format as attachment to the Settlement Conference Procedures) no later than **October 11, 2022, by 5:00 pm.**

                                        SO ORDERED.

                                        _____
                                        ROBERT W. LEHRBURGER
                                        UNITED STATES MAGISTRATE JUDGE

Dated: August 12, 2022
       New York, New York

Copies transmitted this date to all parties of record and mailed to:

Nicolas A. Owoyemi (pro se)
49 Walker Street, Staten Island, New York 10302

MAILED BY CHAMBERS

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/12/2022