**BLANKROME**
1271 Avenue of the Americas | New York, NY 10020
blankrome.com



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/11/2022

Phone:   (212) 885-5359
Fax:     (917) 332-3001
Email:   scott.wortman@blankrome.com

October 10, 2022

**BY ECF**
Hon. Robert W. Lehrburger, U.S.M.J.
United States District Court for the
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007

      Re:    ***Owoyemi v. Credit Corp Solutions Inc.*, 21-cv-08021-GHW-RWL**
              2nd Letter Motion to Adjourn Settlement Conference Without Date

Dear Judge Lehrburger:

      We are counsel to Defendant Credit Corp Solutions Inc. dba Tasman Credit ("Defendant" or "CCSI") in the above captioned matter. Pursuant to Rule I(f) the Court's Individual Rules of Practice, Defendant writes to request that the settlement conference set for October 18, 2022, at 9:30 a.m. [Dkt. No. 45] be adjourned, without date.[1] In sum, Defendant believes the conference would be a waste of judicial economy and the parties' resources because (1) Plaintiff's claims have no merit and (2) Plaintiff has still not provided Defendant with a settlement demand.[2]

      Similar to Defendant's 1st letter motion to adjourn the settlement conference, we advised Plaintiff of our intention to file this letter and attempted to seek Plaintiff's position. However, Plaintiff declined to respond to our correspondence.[3]

      Thank you for the Court's consideration and attention to the foregoing.

---

[1] The settlement conference was originally set for August 16, 2022 [Dkt. No. 39] and adjourned to October 18, 2022, following Defendant's 1st letter motion to adjourn the settlement conference [Dkt. No 41].

[2] As it stands, Plaintiff is asking the Court to award punitive damages against CCSI in the amount of $500,000. *First Amended Complaint*, Dkt. No. 32 at 3.

[3] CCSI will timely submit its pre-conference submissions unless otherwise instructed by the Court.

**BLANKROME**

Hon. Rob
October 1
Page 2

                                                  Respectfully submitted,

*Scott E. Wortman* (Digitally signed by Scott E. Wortman, Date: 2022.10.10 16:49:08 -04'00')

Scott E. Wortman
Partner

cc:      Nicholas A. Owoyemi, *Pro se*
           (by ECF and e-mail and to nicholasowoyemi@yahoo.com [service by email on consent])

Request denied. The settlement conference will proceed as scheduled (via Microsoft Teams).

SO ORDERED:

10/11/2022

HON. ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE