```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/8/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
NICHOLAS OWOYEMI,

                Plaintiff,

        - against -

CREDIT CORP SOLUTIONS INC.,
d/b/a Tasman Credit

                Defendant.
------------------------------------------------------------X

21-CV-8021 (GHW) (RWL)

**ORDER**

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

    Defendant has requested leave to file a motion for summary judgment (Dkt. 57). Leave is granted. Defendant shall file its moving papers by **January 9, 2023**. Plaintiff shall file any opposition by **February 13, 2023**. Defendant shall file any reply by **February 27, 2023**. The Clerk of Court is respectfully requested to terminate the letter motion at Dkt. 57.

                                            SO ORDERED.

                                            _____
                                            ROBERT W. LEHRBURGER
                                            UNITED STATES MAGISTRATE JUDGE

Dated: December 8, 2022
         New York, New York

Copies transmitted this date to all counsel of record. The Clerk's Office is respectfully directed to mail a copy of this Order to Plaintiff pro se and note service on the docket:

Nicholas A. Owoyemi
49 Walker Street
Staten Island, NY 10302