**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
NICHOLAS A. OWOYEMI,

                Plaintiff,                            21 **CIVIL** 8021 (GHW)

      -against-                                **<u>JUDGMENT</u>**

CREDIT CORP SOLUTIONS INC.
DBA TASMAN CREDIT,

                Defendant.
-----------------------------------------------------------X

    It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated June 16, 2023, the Court therefore accepts and adopts the R&R in its entirety. For the reasons stated in the R&R, Defendants motion for summary judgment is granted; accordingly, the case is closed.

**Dated:**  New York, New York
          June 16, 2023

                                                **RUBY J. KRAJICK**

                                                        **Clerk of Court**

                 **BY:**

                                                        **Deputy Clerk**